MOORE, administrator, *v.* HOLBROOK.

COBB, J. There was no error of law complained of. The evidence authorized the verdict, and the discretion of the trial judge in refusing to grant a new trial will not be controlled.

*Judgment affirmed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 1, — Decided April 3, 1902.

Complaint. Before Judge Holden. Hart superior court. June 14, 1901.

*J. N. Worley* and *O. C. Brown*, for plaintiff.
*James H. Skelton*, for defendant.